AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF
Massachusetts

David Deitzel

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Springfield Terminal Railway Company
& Guilford Rail Systems



TO: (Name and address of defendant)

GUILDFORD RAIL SYSYEMS
Iron Horse Park
North Billercia, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Lafferty, Esq.
Barish Law Offices
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

TONY ANASTAS

CLERK

December 19, 2003

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

N/

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 26, 2004

I hereby certify and return that on 1/6/2004 at 2:40PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner. To wit, by delivering in hand to PAM PRIMEAU, agent, person in charge at the time of service for GUILDFORD RAIL SYSTEMS, at , IRON HORSE PARK, NORTH BILLERICA, MA 01862. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

*George A. Hooper*

_____
*Deputy Sheriff*

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                    *Signature of Server*

                                          _____
                                          *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.