AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

David Deitzel

## V.

Springfield Terminal Railway Company
& Guilford Rail Systems

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

03-12560RGS

TO: (Name and address of defendant)
Springfield Terminal Railway Company
C/o CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Lafferty, Esq.
Barish Law Offices
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

December 19, 2003
DATE

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

February 19, 2004
I hereby certify and return that on 1/23/2004 at 10:30:00 AM I served a
true and attested copy of the Summons, Complaint and Cover Sheet in this
action in the following manner: To wit, by delivering in hand to
Y.Concepcion,Process Clerk & agent in charge of CT Corp & its, agent,
person in charge at the time of service for Springfield Terminal
RailwayCompany, at CT Corporation, 101 Federal Street,   Boston, MA 02110.
Basic Service Fee (IH) ($35.00), Travel ($1.00), Postage and Handling
($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter

_____
*Deputy Sheriff*