## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID DEITZEL
42 Carter Street
Leominster, MA 01453

      Plaintiff,

v.

SPRINGFIELD TERMINAL RAILWAY
COMPANY
Iron Horse Park
North Billerica, MA 01862
c/o CT Corporation System
101 Federal Street, Boston, MA 02110
        and

GUILFORD RAIL SYSTEMS
Iron Horse Park
North Billercia, MA 01862

      Defendants

**CIVIL ACTION NO. 03-12560-RGS**

### PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The plaintiff, David Deitzel, in the above captioned matter hereby moves to continue the F. R. Civ. P. 16 (b), Initial Scheduling Conference date from April 22, 2004 to the next available date after May 21, 2004. The defendants have assented to this Motion. As grounds for and in support of this Motion the plaintiff states as follows:

1.    Plaintiff's local counsel, Mario Bozza, is presently scheduled for a pre-paid vacation and will be out of the country from April 16, 2004 until April 25, 2004.

2.    Plaintiff's Trial Counsel, Samuel J. Rosenthal, of Barish Law Offices, P.C. has been called to a trial starting April 19, 2004 before the Honorable Bery Schiller in the United States District Court for the

Eastern District of Pennsylvania in the matter of <u>Paul Fournarakis v.</u>
<u>National Railroad Passenger Corporation</u>, Civil Action #: 03-4588.

3.    This trial is expected to last up to one week and, therefore, conflicts
with the scheduled conference of this matter.

4.    Defendants' counsel, John J. O'Brien, Jr., is unavailable due to a
previously scheduled matter on May 3, 2004 and is on trial from May
10 through May 21, 2004.

5.    The defendants are not prejudiced by this extension.

6.    This is the first extension of time requested by the plaintiff in this
matter.

WHEREFORE, the plaintiff, for all of the foregoing reasons, respectfully
requests that this Honorable Court reschedule to the Initial Scheduling
Conference in this matter until the next available date after May 21, 2004.

Dated: 3/31/04

Respectfully Submitted,

Mario Bozza, Esq.
BBO#: 052860
63 Commercial Wharf
Boston, MA 02110

Of Counsel:

Samuel J. Rosenthal, Esq.
BARISH LAW OFFICES, P.C.
1601 Cherry Street, Suite 1320
Philadelphia, PA 19102

ATTORNEYS FOR PLAINTIFF

Assented To:

John J. O'Brien, Jr., Esq.
O'BRIEN & VON ROSENVINGE P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481