UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID DEITZEL, )
    Plaintiff )
)
v. ) Case Number: 03-12560-RGS
)
SPRINGFIELD TERMINAL RAILWAY )
COMPANY and )
GUILFORD RAIL SYSTEMS, )
    Defendants )

## NOTICE OF APPEARANCE

I, Ronald M. Davids of the law firm of Davids & Schlesinger, P.C. hereby enter my appearance as counsel for the plaintiff, David Deitzel, in the above-captioned matter.

DAVID DEITZEL,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA  02481
(781) 416-5055
BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on July 13, 2004.

Ronald M. Davids