UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

Civil Action No. 1:03-CV-12560 RGS

2005 FEB 14 P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DAVID DEITZEL,<br>    Plaintiff<br>vs.<br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance for Plaintiff in the above-captioned matter.

LAW OFFICES OF
STEVEN M. LAFFERTY

_____
Steven M. Lafferty, Esquire
1515 Market Street, Suite 1310
Philadelphia, PA 19102
(215) 988-1229