UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID DEITZEL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| SPRINGFIELD TERMINAL RAILWAY ) | 03-12560-RGS |
| COMPANY ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY
FOR THE DESIGNATION OF EXPERTS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(b)**

NOW COMES THE PLAINTIFF in the above-entitled matter and respectfully request This Honorable Court extend the deadlines for expert disclosure pursuant to F.R.C.P. 26(a)(2)(b) for the following reasons:

1. Pursuant to the Court's Scheduling Order dated June 9, 2004, all experts for the Plaintiff shall be designated no later than February 25, 2005 pursuant to F.R.C.P. 26(a)(2)(b), and all experts for the Defendant shall be designated no later than April 29, 2005.

2. F.R.C.P. 26(a)(2)(b) requires, <u>inter alia</u>, that a witness who is retained or specifically employed to provide expert testimony provide a written report prepared and signed by the witness which shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore, and any data or other information considered by the witness informing the opinions.

3. After February 25, 2005, and because of continued pain, the Plaintiff returned for medical treatment with Dr. Robert Babineau and Dr. Sydney Paly, his treating physicians, for injuries sustained in the subject accident. See reports of report of Dr. Sydney Paly attached as Exhibit "A".

4. As evidenced by the attached reports, the Plaintiff underwent surgery by Dr. Paly on March 30, 2005, which Dr. Paly relates to the incident that is the subject of Plaintiff's civil action.

5. Due to this significant new development in Plaintiff's medical treatment, and the reports to be generated from said treatment, Plaintiff hereby requests an extension of 90 days of all deadlines in the Court's Scheduling Order dated June 9, 2004.

WHEREFORE, the parties hereby request that the Scheduling Order be amended to extend all deadlines for 90 days.

BARISH LAW OFFICES, P.C.

By: _____
RUDOLPH V. DE GEORGE, II, ESQUIRE
Attorney for Plaintiff David Deitzel
Three Parkway- Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion to Extend Discovery For The Designation of Experts Pursuant to Federal Rule of Civil Procedure 26(a)(2)(b) was served upon the following via First-class mail, postage prepaid on April 19, 2005.

> John J. O'Brien, Jr., Esquire
> O'Brien & Von Rosenvinge, P.C.
> 27 Mica Lane, Suite 202
> Wellesley, MA 02481
> Counsel for Defendant

BARISH LAW OFFICES, P.C.

By: _____
RUDOLPH V. DE GEORGE, II, ESQUIRE
Attorney for Plaintiff David Deitzel
Three Parkway- Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900

# Exhibit A



# North Shore Neurosurgery & Spine
TERENCE DOORLY MD~MICHAEL MEDLOCK MD~SIDNEY PALY MD~MAUREEN HILFINGER NP
*4 Centennial Drive, Suite 204 Peabody, MA 01960 Tel: 978-977-0351 Fax: 978-977-0905*

NAME: David Deitzel
MRN: 4186813
DOB: 05/08/1965

Rudolph V. DeGeorge, II, Esq.
3 Parkway, Suite 1320
Philadelphia, PA 19102

Regard to David Deitzel, who had undergone surgery for a cervical nerve root compression on March 30, 2005, and, as stated, the patient's symptoms had allegedly began following an incident at work in 1999 while the patient was throwing a frozen rail switch. He immediately noted pain in his cervical, paracervical, and shoulder area, which ultimately improved but recurred and remained to some degree present at the shoulder and cervical area, ultimately radiating into the left upper extremity with appropriate neurological findings suggesting a root compression problem. This was confirmed by MRI studies. The patient has since undergone surgery and states that he has improved markedly. The neurological deficit that he had had preoperatively cleared immediately in the postoperative date. One would conclude that there is a causal relationship between the injury in 1999 and the patient's symptomatology and findings.

Very truly,

*[signature]*
Sidney N. Paly, M.D.

SNP/975/1043
DD: 03/31/2005         DT: 03/31/2005FI: 1332198

Patient: DEITZEL, DAVID  MRN: 4186813(MGH)
Author: Sidney N. Paly, M.D. (Entered by: Donna Prentiss)

Status: Signed
Visit Date: 03/31/2005

1