EXHIBIT "A"



MICHAEL ~~~~~~~~~~,
47 ASHBY STATE ROAD UPPER LEVEL, SUITE 103
FITCHBURG, MASSACHUSETTS 01420-2096

TELEPHONE: 978-345-1040
APPOINTMENTS & REFERRALS ONLY: 978-342-2078
FAX: 978-348-1286

July 11, 2006

To Whom It May Concern:

David Deitzel, DOB: 5/08/65 is a patient in this office with the following medical problems:

1) Severe acute & chronic neck pain with radiculopathy, status post cervical surgery 3/30/05

Due to the chronic recurrence, unpredictable nature of this illness, David has been instructed by me to be off of work with flare ups.

On 2/3/06, Mr. Deitzel was seen for severe left trapezius muscle and was referred to a physiatrist. He was reevaluated again on 5/11/06, 6/19/06 with similar physical findings.

I can vouch for his out of work days as follows: 1/20/06, 1/21/06, 1/22/06, 1/23/06, 1/25/06, 2/9/06, 2/14/06, 2/22/06, 2/23/06, 3/23/06, 3/31/06, 4/25/06, 4/26/06, 5/4/06, 5/9/06, 5/18/06.

Should you need to discuss the matter any further, please call me at my office.

Yours truly,

Robert A. Babineau, Jr., M.D.

RAB,JR/fr

