IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID DEITZEL | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| SPRINGFIELD TERMINAL RAILWAY COMPANY | : | NO. 03-12560-RGS |
| Defendant. | : | |

### CERTIFICATION OF GOOD FAITH

We hereby certify that we have conferred with counsel for defendant, John J. O'Brien, Jr., Esquire and have attempted in good faith to resolve or narrow the issue, without success.

DAVID DEITZEL,

By His Attorneys,

BARISH ◆ ROSENTHAL

*Rudolph V. DeGeorge* (RMD)
Rudolph V. DeGeorge, II, Esquire
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA  19102
(215) 923-8900

1

- 2 -

DAVID DEITZEL,

By His Attorneys,

DAVIDS & ASSOCIATES, P.C.

_____
Ronald M. Davids
40 Washington Street – Suite 20
Wellesley, MA  02481
(781) 416-5055
BBO No.: 115110

**CERTIFICATE OF SERVICE**

I, Ronald M. Davids, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants on August 25, 2006.

_____
Ronald M. Davids