**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DAVID DEITZEL | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| SPRINGFIELD TERMINAL RAILWAY COMPANY | : | NO. 03-12560-RGS |
| | : | |
|     Defendant. | : | |

**DEFENDANT'S SUPPLEMENTATION TO SECTION VI OF THE**
**JOINT PRE-TRIAL MEMORANDUM**

    Defendant respectfully requests that it be permitted to supplement the last paragraph of Section VI to the Joint Pretrial Memorandum as set forth below. As grounds for this supplementation, Defendant respectfully submits that allowance of this supplementation sets forth a meritorious defense to plaintiff's claim with no resulting prejudice to the plaintiff and will afford the defendant a trial of this case on its merits.

    **VI.**    **MOTION IN LIMINE**
    Defendant objects to any evidence relating to plaintiff's cessation of employment with STR on the grounds that it is irrelevant and immaterial and unduly prejudicial to the defendant. ***Defendant submits further, that the plaintiff has failed to exhaust his administrative remedies as set forth in the Railway Labor Act, USC Title 45, Chapter 8 and the National Mediation Board and therefore issues relating to the plaintiff's recent cessation of employment are not properly before this Honorable Court and should be excluded.***

    The defendant,
    Springfield Terminal Railway Company
    By its attorney,

    _____/s/_____

    John J. O'Brien, Jr., Esq.
    BBO# 375885
    O'Brien & von Rosenvinge, P.C.
    27 Mica Lane, Suite 202
    Wellesley, MA 02481
    (781) 239-9988

- 2 -

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of

**DEFENDANT'S SUPPLEMENTATION TO SECTION VI OF THE
JOINT PRE-TRIAL MEMORANDUM**

by mailing a copy thereof, postage prepaid, to:

| | |
|---|---|
| Ronald M. Davids, Esq. | Rudolph V. De George, II , Esq. |
| Davids & Schlesigner, P.C. | Barish Law Offices, P. C. |
| 40 Washington St., Suite 250 | 1601 Cherry Street |
| Wellesley, MA 02481 | Three Parkway - 13th Floor |
| | Philadelphia, PA 19102 |

_____/s/_____
John J. O'Brien, Jr.

Dated: September 29, 2006