◇AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

DAVID DEITZEL

**JUDGMENT IN A CIVIL CASE**

V.

SPRINGFIELD TERMINAL RAILWAY CO.

Case Number: 03CV12560-RGS

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF, DAVID DEITZEL,

IN THE AMOUNT OF NINE HUNDRED TWENTY-FIVE THOUSAND NINE -HUNDRED SIXTY DOLLARS

($925,960.00) AGAINST THE DEFENDANT, SPRINGFIELD TERMINAL RAILWAY COMPANY.

| 10/12/2006 | SARAH A. THORNTON |
|---|---|
| Date | Clerk |
| | Mary H. Johnson |
| | (By) Deputy Clerk |

Post-judgment interest to date is at the rate of 4.90%.