# Exhibit A

**Day** Monday  **Date** March 12 2001
**Place** North Billerica, MA.
**Time Table No.** Three
**Standard Clock Checked** Time ____ Fast ____ Slow ____
**Latest General Order in Effect** No. All
**Latest Bulletin Order in Effect** No. 3-003B
**Latest Operations Bulletin in Effect** No. 75 RS 563
**Latest Bulletin Notices in Effect** No. NIL

Getting close to balance + radio on off — all cleared ended at normal speed per Gulistan

1010 — 215 Rogers Developing air trouble — can't get air to control rear

1018 — 215 Rogers Developing air trouble — will not charge

Can't find problem

1130 — OH-1 Derailed His eng 360 on Backbone lane in Poets Rd 10

On Poets Ind — King is Blocked — St PD NAdey pass 10

1224 — NAd-1 ende pulled + muscle in Back ok should

tossing switch ip s/e Load switch

to 4+3.

1240 — Gates @ Andover St Stuck Down. Ok 1310 Tequnay

1412 — 662 in Woods vin L Oughling Poets Ind + Haverhill

Industrial Trk OOS TC Plower + Wilmington

1433 We PLow TC TOR NOW WESTON'T Park

1435 Break and Died @ WNOHill

1457 Dep TC TOR Gag NOW S/4 Switch @ Spencer + Shares

Back in S/C

1745 — Switch to The Oldmain + NOWMAIN in The Yard to Portsmouth

Yard Back in Svc per Finn Murphy

2300 — SEPD CREW Hopkins/Carlson Take Lunch @ END OF TRIP.

PLAINTIFF'S EXHIBIT 3
PENGAD-Bayonne, N.J.