UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 03-12560RGS

| | |
|---|---|
| **DAVID DEITZEL** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **SPRINGFIELD TERMINAL** | ) |
| **RAILWAY COMPANY** | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is given that the defendant, Springfield Terminal Railway Company, hereby appeals to the Untied States Court of Appeals for the First Circuit from the October 5, 2006-jury verdict in favor of the plaintiff and the Judge's November 8, 2006 Memorandum and Order denying Defendant's Motion for Judgment Notwithstanding the Verdict Pursuant to Fed. R. Civ. P. 50, or in the Alternative, for a New Trial, Pursuant to Fed. R. Civ. P. 59 and the Judge's November 8, 2006 Memorandum and Order denying Defendant's Motion for a New Trial Pursuant to Fed. R. Civ. P. 59(a), and to Alter or Amend Judgment and for a Remittur, Pursuant to Fed. R. Civ. P. 59(e).

Respectfully submitted,
By the defendant,
Springfield Terminal Railway Company,
By his attorneys,

       /s/ John J. O'Brien, Jr.       
John J. O'Brien, Jr.
BBO #375885
Francis S. McGurrin
BBO #630847
O'Brien & von Rosenvinge
27 Mica Lane, Suite 202
Wellesley, MA 02481
(781) 239-9988

DATED:  November 14, 2006

CERTIFICATE OF SERVICE

    I, John J. O'Brien, Jr., attorney for the defendant, hereby certify that on this day I forwarded a true copy of the Notice of Appeal by first class mail, postage pre-paid, to the following counsel of record:

| | |
|---|---|
| Ronald M. Davids, Esq. | Rudolph V. De George, II, Esq. |
| 40 Washington Street - Suite 250 | Barish Law Offices, P. C. |
| Wellesley, MA 02481 | 1601 Cherry Street |
| (781) 416-5066 | Three Parkway - 13th Floor |
| BBO # 115110 | Philadelphia, PA 19102 |

                                            /s/ John J. O'Brien, Jr.
                                            John J. O'Brien, Jr.

DATED: November 14, 2006