APPEAL, CLOSED

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-12560-RGS

Deitzel v. Springfield Terminal Railway Company
Assigned to: Judge Richard G. Stearns
Cause: 45:151 Railway Labor Act

Date Filed: 12/19/2003
Jury Demand: Defendant
Nature of Suit: 330 Federal Employer's
Liability
Jurisdiction: Federal Question

**Plaintiff**

**David Deitzel**

represented by **Ronald M. Davids**
Davids & Associates PC
40 Washington Street
Suite 20
Wellesley, MA 02481
781-416-5055
Fax: 781-416-4344
Email: rdavids@davidslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rudolph V. DeGeorge, II**
Barish Law Offices, P.C.
Three Parkway
Suite 1320
1601 Cherry Street
Philadelphia, PA
215-923-8900
Fax: 215-351-0593
Email: rdegeorge1@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Springfield Terminal Railway
Company**
*c/o CT Corporation System 101 Federal
Street, Boston, MA 02110*

represented by **John J O'Brien, Jr.**
O'Brien & von Rosenvinge
Suite 202
27 Mica Lane
Wellesley, MA 02481
781-239-9988
Fax: 781-239-3360
Email: jjobjr@hotmail.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Guilford Rail Systems**                represented by **John J O'Brien, Jr.**
O'Brien & von Rosenvinge
27 Mica Lane
Wellesley, MA 02481
781-239-9988
Fax: 781-239-3360
Email: jjobjr@hotmail.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2003 | 🔵 | ***Attorney Mario Bozza for David Deitzel added. (Flaherty, Elaine) (Entered: 12/22/2003) |
| 12/19/2003 | 1 | COMPLAINT against Guilford Rail Systems, Springfield Terminal Railway Company Filing fee: $ 150, receipt number 52629, filed by David Deitzel.(Flaherty, Elaine) (Entered: 12/22/2003) |
| 12/19/2003 | 🔵 | Summons Issued as to Guilford Rail Systems, Springfield Terminal Railway Company. (Flaherty, Elaine) (Entered: 12/22/2003) |
| 12/19/2003 | 🔵 | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 12/22/2003) |
| 02/11/2004 | 2 | ANSWER to Complaint with Jury Demand by Springfield Terminal Railway Company.(Flaherty, Elaine) (Entered: 02/12/2004) |
| 02/11/2004 | 3 | Special appearance and ANSWER to Complaint with Jury Demand by Guilford Rail Systems.(Flaherty, Elaine) (Entered: 02/12/2004) |
| 02/23/2004 | 4 | SUMMONS Returned Executed Guilford Rail Systems served on 1/26/2004, answer due 2/16/2004. (Flaherty, Elaine) (Entered: 02/25/2004) |
| 02/27/2004 | 5 | SUMMONS Returned Executed Springfield Terminal Railway Company served on 1/23/2004, answer due 2/12/2004. (Flaherty, Elaine) (Entered: 02/27/2004) |
| 02/27/2004 | 6 | MOTION to Dismiss by Guilford Rail Systems, Springfield Terminal Railway Company.(Flaherty, Elaine) (Entered: 03/02/2004) |
| 02/27/2004 | 7 | MOTION to Dismiss pursuant to F.R.C.P. 12(b)(6), or in the alternative, pursuant to F.R.C.P. 56 by Guilford Rail Systems, Springfield Terminal Railway Company.(Flaherty, Elaine) (Entered: 03/02/2004) |
| 03/11/2004 | 10 | NOTICE of Scheduling Conference. Scheduling Conference set for 4/22/2004 02:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/23/2004) |

| 03/12/2004 | 8 | MEMORANDUM in Opposition re 7 MOTION to Dismiss or in the alternative motion of plaintiff to take discovery filed by David Deitzel. (Flaherty, Elaine) (Entered: 03/16/2004) |
| 03/18/2004 | 9 | Judge Richard G. Stearns : ORDER entered granting 6 Motion to Dismiss, denying 7 Motion to Dismiss (Flaherty, Elaine) (Entered: 03/19/2004) |
| 03/31/2004 | 11 | CERTIFICATE OF CONSULTATION by John J O'Brien Jr. on behalf of Guilford Rail Systems, Springfield Terminal Railway Company by on behalf of Guilford Rail Systems, Springfield Terminal Railway Company.(Flaherty, Elaine) (Entered: 04/07/2004) |
| 04/02/2004 | 12 | MOTION to Continue scheduling conference to 5/21/04 by David Deitzel received for docketing 4/7/04.(Flaherty, Elaine) (Entered: 04/07/2004) |
| 04/07/2004 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 12 Motion to Continue. "allowed, to 5/24/04 at 2:30 p.m." (Johnson, Mary) (Entered: 04/07/2004) |
| 05/24/2004 | ● | Electroic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 5/24/2004. Atty. Bozza present for the pltf. Atty. O'Brien present for the deft. Parties advise the Court that Guilford Rail Systems is no longer a defendant in this action. All discovery shall be completed by 1-28-05. Pltf. shall designate experts by 2-25-05; deft. shall designate experts by 4-15-05. Expert depositions shall be completed by 5-30-05. Dispositive motions shall be filed by 6-15-05. If none filed by that date, the case will be placed on the Court's trial list. (Court Reporter None.) (Johnson, Mary) Modified on 6/9/2004 (Johnson, Mary). (Entered: 06/09/2004) |
| 05/24/2004 | 13 | JOINT STATEMENT re: scheduling conference, filed. (Johnson, Mary) (Entered: 06/10/2004) |
| 07/15/2004 | 14 | NOTICE of Appearance by Ronald M. Davids on behalf of David Deitzel (Flaherty, Elaine) (Entered: 07/19/2004) |
| 09/07/2004 | 15 | MOTION for Leave to Appear Pro Hac Vice by DeGeorge Filing fee $ 50., receipt number 58502. by David Deitzel.(Flaherty, Elaine) (Entered: 09/09/2004) |
| 09/09/2004 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 15 Motion for Leave to Appear Pro Hac Vice Added Rudolph V. DeGeorge for David Deitzel (Flaherty, Elaine) (Entered: 09/09/2004) |
| 01/25/2005 | 16 | MOTION for Extension of Time to 2/25/05 to Complete Discovery by David Deitzel, Springfield Terminal Railway Company.(Flaherty, Elaine) (Entered: 02/08/2005) |
| 02/07/2005 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 16 Motion for Extension of Time to Complete Discovery (Flaherty, Elaine) (Entered: 02/08/2005) |

| 03/07/2005 | 17 | NOTICE of Withdrawal of Appearance Attorney Steven M. Lafferty terminated. (Flaherty, Elaine) (Entered: 03/07/2005) |
| 04/21/2005 | 18 | MOTION for Extension of Time of 90 days to Complete Discovery and all other deadlines by David Deitzel.(Flaherty, Elaine) (Entered: 04/27/2005) |
| 05/06/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 18 Motion for Extension of Time to Complete Discovery (Flaherty, Elaine) (Entered: 05/06/2005) |
| 07/25/2005 | 19 | Joint MOTION for Extension of Time to 8/29/05 to designate expert witnesses by David Deitzel, Springfield Terminal Railway Company. (Flaherty, Elaine) (Entered: 07/28/2005) |
| 07/25/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 19 Motion for Extension of Time (Flaherty, Elaine) (Entered: 07/28/2005) |
| 08/09/2005 | 20 | Joint MOTION for Extension of Time to Complete Discovery *for the Designation of Experts Pursuant to Federal Rule of Civil Procedure 26 (a)(2)(b)* by David Deitzel.(O'Brien, Jennifer) (Entered: 08/09/2005) |
| 08/10/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 20 Motion for Extension of Time to Complete Discovery "The court will grant a sixty (60) day extension." (Flaherty, Elaine) (Entered: 08/11/2005) |
| 11/14/2005 | 21 | MOTION for Summary Judgment by Springfield Terminal Railway Company. (Attachments: # 1)(Flaherty, Elaine) (Entered: 11/16/2005) |
| 11/21/2005 | 22 | MOTION for Extension of Time to December 19, 2005 to File Opposition to Defendant's Motion for Summary Judgment by David Deitzel.(Davids, Ronald) (Entered: 11/21/2005) |
| 12/05/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 22 Motion for Extension of Time (Flaherty, Elaine) (Entered: 12/07/2005) |
| 12/15/2005 | 23 | RESPONSE to Motion re 21 MOTION for Summary Judgment filed by David Deitzel. (Davids, Ronald) (Entered: 12/15/2005) |
| 12/20/2005 | | Electronic NOTICE of Hearing on Motion 21 MOTION for Summary Judgment: Motion Hearing set for 2/15/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 12/20/2005 (Johnson, Mary). (Entered: 12/20/2005) |
| 02/15/2006 | | Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 2/15/2006 re 21 MOTION for Summary Judgment filed by Springfield Terminal Railway Company. Rudolph DeGeorge appeared for Deitzel; John O'Brien appeared for defendant Springfield Terminal. After hearing the motion for summary judgment was DENIED. The court set a trial date of Monday June 26, 2006.(Court Reporter James Gibbons.) (Zierk, Marsha) (Entered: 02/15/2006) |
| 02/15/2006 | 24 | Judge Richard G. Stearns : Electronic ORDER entered denying 21 |

| | | |
|---|---|---|
| | | Motion for Summary Judgment (Zierk, Marsha) (Entered: 02/15/2006) |
| 02/15/2006 | 25 | MOTION to identify a medical expert late filed by Springfield Terminal Railway Company.(Johnson, Mary) (Entered: 02/21/2006) |
| 02/15/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 25 Motion to identify medical expert late. (Johnson, Mary) (Entered: 02/21/2006) |
| 02/24/2006 | 26 | Judge Richard G. Stearns : ORDER entered. PROCEDURAL ORDER re pretrial/trial: Final Pretrial Conference set for 6/22/2006 04:00 PM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 6/26/2006 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 02/24/2006) |
| 06/13/2006 | | ELECTRONIC NOTICE OF RESCHEDULING: Jury Trial is re-scheduled to Monday, 10/2/2006 at 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. All Trial Documents shall be filed by 9-26-06. (Johnson, Mary) Modified on 6/13/2006 (Johnson, Mary). (Entered: 06/13/2006) |
| 08/25/2006 | 27 | MOTION for Discovery *for the Designation of Experts* by David Deitzel. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Davids, Ronald) (Entered: 08/25/2006) |
| 08/25/2006 | 28 | CERTIFICATE OF CONSULTATION re 27 MOTION for Discovery *for the Designation of Experts*. (Davids, Ronald) (Entered: 08/25/2006) |
| 09/07/2006 | 29 | First RESPONSE to Motion re 27 MOTION for Discovery *for the Designation of Experts* filed by all defendants. (O'Brien, John) (Entered: 09/07/2006) |
| 09/11/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 27 Motion for Discovery "Trial is scheduled for 10/2/06." (Flaherty, Elaine) (Entered: 09/11/2006) |
| 09/26/2006 | 30 | PRETRIAL MEMORANDUM by David Deitzel. (Attachments: # 1 Plaintiff's Proposed Voir Dire Questions# 2 Plaintiff's Trial Memorandum# 3 Plaintiff's Requested Points for Charge# 4 Defendant's Request for VOir Dire Questions to be Posed to the Jury# 5 Defendant's Request for Instructions to the Jury)(Davids, Ronald) (Entered: 09/26/2006) |
| 09/26/2006 | 31 | AMENDED DOCUMENT by David Deitzel, Springfield Terminal Railway Company. Amendment to 30 Pretrial Memorandum,. (Davids, Ronald) (Entered: 09/26/2006) |
| 09/29/2006 | 32 | PRETRIAL MEMORANDUM by Springfield Terminal Railway Company. (O'Brien, John) (Entered: 09/29/2006) |
| 10/03/2006 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 10/3/2006, Day 1. Atty. DeGeorge present for the pltf. Atty. O'Brien present for the deft. Jury of 8 persons selected and sworn. Court gives preliminary instructions to the jury. Pltf's opening. |

| | | |
|---|---|---|
| | | Deft's opening. P-1 by videotape. Adjourn 1:10 P.M. (Court Reporter Marie Cloonan.) (Johnson, Mary) Modified on 10/12/2006 (Johnson, Mary). (Entered: 10/12/2006) |
| 10/04/2006 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 10/4/2006, Day 2. P-2 sworn. Direct. Cross. Re-direct. Re-cross. Excused. D-1 sworn out of turn. Direct. Cross. Re-direct. Re-cross. Excused. P-3 sworn. Direct. Cross. Excused. P-4 sworn. Direct. Adjourn 1:00 P.M. (Court Reporter Marie Cloonan.) (Johnson, Mary) Modified on 10/12/2006 (Johnson, Mary). (Entered: 10/12/2006) |
| 10/05/2006 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial held on 10/5/2006, Day 3. Direct of P-4 continues. Cross. Re-direct. Re-cross. Excused. Plaintiff rests. Defendant moves for Judgment as a Matter of Law, and same is DENIED. D-2 sworn. Direct. Cross. Excused. Defendant rests. Defendant moves for Judgment as a Matter of Law after close of all the evidence, and same is DENIED. Defendant's closing 11:40 a.m. to 12:00 noon. Plaintiff's closing 12:00 noon to 12:30 p.m. Court's charge to jury 12:30 p.m. to 1:00 p.m. Jury has lunch at 1:05 p.m. to 1:30 p.m. in jury room. Deliberations begin at 1:30 p.m. Jury returns with verdict at 3:30 p.m. Jury finds in favor of the plaintiff in the amount of $925,960.00. Exhibits returned to counsel. Jury discharged. Adjourn 3:35 p.m.(Court Reporter Marcia Patrisso.) (Johnson, Mary) Modified on 10/12/2006 (Johnson, Mary). (Entered: 10/12/2006) |
| 10/05/2006 | ●33 | JURY VERDICT returned in open Court at 3:30 P.M. in favor of the plaintiff, as against the defendant. (Johnson, Mary) Modified on 10/12/2006 (Johnson, Mary). (Entered: 10/12/2006) |
| 10/05/2006 | ●35 | MOTION for Directed Verdict at Close of Plaintiff's Case, filed in open Court by Springfield Terminal Railway Company.(Johnson, Mary) Modified on 10/12/2006 (Johnson, Mary). (Entered: 10/12/2006) |
| 10/05/2006 | ●36 | MOTION for Directed Verdict at Close of All the Evidence, filed in open Court by Springfield Terminal Railway Company. (Johnson, Mary) Modified on 10/12/2006 (Johnson, Mary). (Entered: 10/12/2006) |
| 10/05/2006 | ● | Judge Richard G. Stearns : Electronic ORDER entered denying 35 Motion for Directed Verdict, denying 36 Motion for Directed Verdict. (Johnson, Mary) (Entered: 10/12/2006) |
| 10/12/2006 | ●34 | Judge Richard G. Stearns : ORDER entered. JUDGMENT in favor of plaintiff against defendant.(Johnson, Mary) (Entered: 10/12/2006) |
| 10/12/2006 | ● | Civil Case Terminated. (Johnson, Mary) (Entered: 10/12/2006) |
| 10/13/2006 | ●37 | First MOTION for New Trial by Springfield Terminal Railway Company.(O'Brien, John) (Entered: 10/13/2006) |
| 10/13/2006 | ●38 | First MOTION for Judgment NOV by Springfield Terminal Railway Company.(O'Brien, John) (Entered: 10/13/2006) |
| 10/13/2006 | ●39 | Second MOTION for New Trial by Springfield Terminal Railway |

|  |  |  |
|---|---|---|
|  |  | Company.(O'Brien, John) (Entered: 10/13/2006) |
| 10/18/2006 | 40 | TRANSCRIPT of Jury Trial Day Three held on October 5, 2006 before Judge Stearns. Court Reporter: Marcia G. Patrisso. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/18/2006) |
| 10/26/2006 | 41 | RESPONSE to Motion re 38 First MOTION for Judgment NOV filed by David Deitzel. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Davids, Ronald) (Entered: 10/26/2006) |
| 10/27/2006 | 42 | RESPONSE to Motion re 37 First MOTION for New Trial, 39 Second MOTION for New Trial filed by David Deitzel. (Davids, Ronald) (Entered: 10/27/2006) |
| 11/03/2006 | ● | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 38 Motion for Judgment NOV "moot only for the reason that it's a duplicate filing of pending motion number 39, terminated for statistical reasons only" (Flaherty, Elaine) (Entered: 11/03/2006) |
| 11/08/2006 | 43 | Judge Richard G. Stearns : MEMORANDUM AND ORDER ON DEFENDANT'S MOTION FOR NEW TRIAL/AND TO ALTER OR AMEND JUDGMENT AND FOR A REMITTUR, entered denying 37 Motion for New Trial DENYING MOTION TO ALTER OR AMEND DENYING MOTION FOR REMITTUR (Flaherty, Elaine) (Entered: 11/08/2006) |
| 11/08/2006 | 44 | Judge Richard G. Stearns : MEMORANDUM AND ORDER ON DEFENDANT'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT, FOR NEW TRIAL ENTEREDDENYING 39 Motion for New Trial DENYING MOTON FOR JUDGMENT NOTHWITHSTANDING THE VERDICT (Flaherty, Elaine) (Entered: 11/08/2006) |
| 11/14/2006 | 45 | NOTICE OF APPEAL by Springfield Terminal Railway Company. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/4/2006. (O'Brien, John) (Entered: 11/14/2006) |
| 11/28/2006 | ● | Filing fee: $ 455., receipt number 76418 for 45 Notice of Appeal, (Flaherty, Elaine) (Entered: 11/28/2006) |