# Exhibit "D"

*— weekly trade newsletter*                                       1 July 2006

<u>Car repair invoices.</u> STR owes GATX for car repairs, to the tune of $40,779.92.

**Attempts to collect**
According to the complaint, paragraph 32 *et seq*, GATX notified STR of its default on 20 May 2005 and on several subsequent dates. STR not only did not make payments, it did not respond to three notices, multiple e-mails, and multiple voice-mails. {US District Court, Boston. Docket No. 06-CA-11042 filed 14 June.06}

---

### ACTIVE CAR HIRE CASES AGAINST SPRINGFIELD TERMINAL

✓
***GATX v. Springfield Terminal***, (2006) (counsel Paul Lannon)
[See above.] Boston: 06-11042. $230,000.
<u>2006 14 June</u>. Complaint filed.

✓
***San Luis Central v. Springfield Terminal*** (2006) (counsel Jim Howard)
[See above.] Boston: 06-10554. $47,461 and declaratory relief.
<u>2006 14 June</u>. SLC says possibly insolvent. Hearing set for 13 July.
<u>2006 May 30</u>. ST moves to dismiss because SLC is paid amount due, and injunctive relief not appropriate.

ıx
***American Railcar Leasing v. Springfield Terminal*** (2006) (counsel Robert Osol)
Boston: 06-10375. $103,103.
<u>2006 9 June</u>. STR requests debts more than two years old be dismissed. Hearing set for 31 July.
<u>2006 May 25</u>. American filed amended complaint.
<u>2006 March 27</u>. ST filed motion to dismiss. Pre-empted by ICCTA. Filed first in Middlesex Superior Court, then removed to USDC.

✓
***Greenbrier v. Springfield Terminal*** (2006)
[See 06#02B.] Boston: 06-10207. $360,000.
<u>2006 9 June</u>. Scheduling conference set for 19 July.

✓
***Union Tank Car v Springfield Terminal*** (2005) (counsel Joel Pierce)
Boston: 05-12364. $410,000.
<u>2006 June 6</u>. Motion to re-open. Apparently counsel did not check for actual filing.
<u>2006 May 6</u>. Judge dismissed for failure to file return of service. (Administrative dismissal.)

***First Union Rail v. Springfield Terminal*** (2006) (counsel Robert Bowers)
[See 06#04B.] Charlotte, Western District NC: 06-00151. $200,000.
<u>2006 May 23</u>. ST filed answer.

### RECENT SETTLED CASES

***Trinity v. Springfield Terminal*** (2006) (counsel Jim Howard)
[See 06#02B.] Boston: 06-10187. In excess of $187,655.25.
<u>2006 14 June</u>. Case dismissed, ST agreed to pay the $187,655.25 due.

✓
***Union Pacific v. Springfield Terminal*** (2005) (counsel Daniel Shanahan)
Boston: 05-12540. $374,000.
<u>2006 May 19</u>. UP voluntarily dismissed.

***Rail Management v. Springfield Terminal*** (2005) (counsel Robert Osol)
Boston: 05-12282. $194,000.
<u>2006 May 11</u>. Satisfaction of judgement.
<u>2005 December 20</u>. Settlement agreement reached.