# Exhibit "E"

**Small Business Solutions** — D&B

Comprehensive Insight Plus Report for
**GUILFORD TRANSPORTATION INDUSTRIES INC**
Report Printed: March 9, 2007

D-U-N-S #: 03-962-2543

▶ Print this report
▶ To save this report to your PC: Select File and then Save As from the browser menu bar. Click on the Save In: drop-down menu and select a location for your file. Enter a file name and save the report as a .html or .txt file.

Copyright 2004 Dun & Bradstreet – Provided under contract for the exclusive use of subscriber rudolph de george II, barish rosenthal

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

# Company Snapshot

## Business Summary

**Profile**
**GUILFORD TRANSPORTATION INDUSTRIES INC**
14 Aviation Ave
Portsmouth, NH 03802

Tel: 603 766-2000
Fax: 603 766-2094

www.guilfordrail.com
**D-U-N-S #:** 03-962-2543
**D&B Rating:** 1R3

**Company Stats**
| | |
|---|---|
| Year incorporated | 1981 |
| Year started | 1981 |
| Employees | 1,000 ( 8-9 here) |
| Chief Executive | Timothy Mellon , Chb |
| S.I.C. | 4011 |
| Industry | Railroad line-haul operator |

This is a headquarters location.
Branch(es) or division(s) exist.

The Net worth amount in this section may have been adjusted by D&B to reflect typical deductions, such as certain intangible assets.

**Likelihood this company will not pay on time over the next 12 months**    HIGH ▲

Credit Score Class: 4



1  2  3  4  5
Low        Moderate        High

**Likelihood this company will experience financial distress In the next 12 months**    LOW ☑

Financial Stress Class: 1



1  2  3  4  5
Low        Moderate        High

**Timeliness of historical payments for this company\*\***    SLOW ⚠

**D&B PAYDEX®:** 68



100                                    0
Anticipates Prompt    30 days slow    120 days slow

Industry benchmark: Slow
\*\*Based on 19 trade experiences on file with D&B

**Payment performance trend over the past 90 days**    ◀▶ UNCHANGED

D&B offers guidance on credit limits for this company based on its profile as well as profiles of other companies similar In size, industry, and credit usage    Get details

Evidence of bankruptcy, fraud, or criminal proceedings In the history of this business or its management    NO ☑

Noteworthy special events in this company's file    NO ☑

Total number of suits, liens and judgments in this company's file    0 ☑

Value of open suits, liens and judgments for this company    $0 ☑

Value of open records refers only to 10 most recent filings for each record type.



Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Creditworthiness

### Summary

| | | |
|---|---|---|
| Likelihood this company will experience financial distress in the next 12 months | LOW ☑ | **D&B Rating: 1R3** |
| Likelihood this company will not pay on time over the next 12 months | HIGH ▲ | |

**D&B Rating: 1R3**
Number of employees: 1R is 10 or more employees.
Composite credit appraisal: 3 is fair.
The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

### Default on Payment: Financial Stress Summary

Likelihood this company will experience financial distress in the next 12 months        LOW ☑

Financial Stress Class: 1



1       2          3         4        5
Low              Moderate            High

During the prior year, firms in this Financial Stress Class had a failure rate of 1.2%, which is 0.46 times lower than the national average.

Financial stress national percentile: 69 (high risk: 1%; low risk: 100%)
National percentile industry norm: 49 (high risk: 1%; low risk: 100%)

**Key Factors**
- 19 trade experiences exist for this company.
- Financial Stress Score: 1405 (high risk: 1,001; low risk: 1,875)
- 29% of trade dollars indicate slow payment(s) are present.
- Control age or date entered in D&B files indicates lower risk.

### Payment within Terms: Credit Score Summary

Likelihood this company will not pay on time over the next 12 months        HIGH ▲

Credit Score Class: 4



1       2          3         4        5
Low              Moderate            High

The Credit Score class of 4 for this company shows that 31.6% of firms with this classification paid one or more bills severely delinquent, which is 1.57 times higher than the average of businesses in D&B's database.

Credit score percentile: 19 (high risk: 1%; low risk: 100%)
Industry norm percentile: 42 (high risk: 1%; low risk: 100%)

**Key Factors**
- 19 trade experiences exist for this company.
- 29% of trade dollars indicate slow payment(s) are present.
- Payment experiences exist for this firm which are greater than 60 days past due.
- No record of open lien(s), or judgment(s) in the D&B files.
- Payment information indicates negative payment comments.

### Additional Information

**Financial Stress Summary**
- The Financial Stress Class indicates that this firm shares

**Credit Score Summary**
- The Incidence of Delinquent Payment is the percentage of

some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations over the past year with loss to creditors. The Incidence of Financial Stress - National Average represents the national failure rate and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on 2004.

companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.

---

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Payment History

### Summary

| | | | |
|---|---|---|---|
| Average payment performance trend when weighted by dollar amount | UNCHANGED ↔ | Company's payment performance over the past 12 months compared with its peers | MIXED ⚠ |

### Payment History Overview

| | | | |
|---|---|---|---|
| Payment experiences on file with D&B: | 19 | Average highest credit: | $9,846 |
| Payments made within terms: | 12 (62%) | Largest high credit: | $70,000 |
| Amount placed for collections: | 5 (1%) | Highest now owing: | $70,000 |
| | | Highest past due: | $40,000 |

### Historical Payment Trends: PAYDEX®

**Average payment performance trend when weighted by dollar amount**

**Last 3 months:** Trend is unchanged



**Last 12 months:** 17 days beyond terms
Industry benchmark: Slow

D&B PAYDEX®: 68



| 100 | | | 0 |
|---|---|---|---|
| Anticipates Prompt | 30 days slow | 120 days slow | |

Based on payments collected over last 12 months.
Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

### Historical Payment Trends: PAYDEX® Comparison to Industry

**Company's payment performance over the past 12 months compared with its peers**    MIXED ⚠

**This company's 12-month high:** 77, or equal to 5 days beyond terms

**This company's 12-month low: 68, or equal to 19 days beyond terms**



Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Railroad line-haul operator, based on SIC code 4011.

## Payment History Details

| Date Reported | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 01/07 | Prompt | 50 | 0 | 0 | | 1 |
| 01/07 | Prompt-Slow 30 | 1,000 | 1,000 | 1,000 | | 1 |
| 01/07 | Prompt-Slow 30 | 1,000 | 50 | 50 | Net30 | 1 |
| 01/07 | Slow 30 | 1,000 | 0 | 0 | | 6-12 |
| 01/07 | Slow 60-90 | 40,000 | 40,000 | 40,000 | Net30 | |
| 01/07 | Slow 120 | 500 | 500 | 500 | | |
| 01/07 | (007) Placed for collection. | 500 | 500 | 500 | | |
| 01/07 | (008) Satisfactory. | 100 | | | | 6-12 |
| 01/07 | (009) Bad debt. | 50 | 50 | 50 | | |
| 12/06 | Prompt | 2,500 | 2,500 | | | 1 |
| 12/06 | Prompt | 1,000 | 0 | 0 | | 2-3 |
| 12/06 | Prompt | 0 | 0 | 0 | | 1 |
| 12/06 | (013) | 250 | 0 | 0 | | 4-5 |
| 11/06 | Prompt | 70,000 | 70,000 | 0 | | 1 |
| 09/06 | Prompt | 5,000 | 1,000 | | Lease Agreemnt | |
| 07/06 | (016) Satisfactory. | 50 | | | | 1 |
| 05/06 | Prompt | 25,000 | 25,000 | 0 | | 1 |
| 04/06 | Prompt | 250 | 0 | 0 | | 6-12 |
| 03/06 | Slow 90+ | 250 | 0 | 0 | | 6-12 |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of dispute over merchandise, skipped invoices, etc.
Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

## Payment Analysis By Industry

Company's dollar-weighted payments listed by the primary industries of its suppliers

| | Total Received | Total Dollar | Largest | Within | Slow 1-30 | Slow 31- | Slow 61- | Slow |
|---|---|---|---|---|---|---|---|---|

| | (#) | Amount ($) | High Credit ($) | Terms | 60 | 90 | 91+ |
|---|---|---|---|---|---|---|---|
| | | | | | (% of dollar amount) | | |
| **Industry** | | | | | | | |
| Telephone communictns | 2 | 95,000 | 70,000 | 100 | 0 | 0 | 0 | 0 |
| Nonclassified | 2 | 40,250 | 40,000 | 0 | 0 | 49 | 50 | 1 |
| Accounting services | 1 | 5,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Photocopying service | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Whol office supplies | 1 | 1,000 | 1,000 | 50 | 50 | 0 | 0 | 0 |
| Trucking non-local | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg chemicals | 1 | 1,000 | 1,000 | 50 | 50 | 0 | 0 | 0 |
| Refuse system | 1 | 1,000 | 1,000 | 0 | 100 | 0 | 0 | 0 |
| Railroad | 1 | 500 | 500 | 0 | 0 | 0 | 0 | 100 |
| Whol durable goods | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Executive office | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Misc general gov't | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Short-trm busn credit | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Whol metal | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other payment categories** | | | | | | | |
| Cash experiences | 0 | 0 | 0 | | | | |
| Payment record unknown | 1 | 250 | 250 | | | | |
| Unfavorable comments | 1 | 50 | 50 | | | | |
| **Placed for collection** | | | | | | | |
| With D&B | 0 | 0 | 0 | | | | |
| Other | 1 | N/A | 0 | | | | |
| **Total in D&B's file** | 19 | 148,000 | 70,000 | | | | |

There are 19 payment experiences in D&B's file for the most recent 12 months, with 13 experiences reported during the last three month period.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Public Filings

### Summary of Court Actions

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | Open Records | Open Value | Total Records | Most Recent Filing Date |
|---|---|---|---|---|
| Suits | 0 | 0 | 0 | - |
| Liens | 0 | 0 | 0 | - |
| Judgments | 0 | 0 | 0 | - |
| UCC Filings | 5 | N/A | 12 | 09/13/2006 |
| Bankruptcy Proceedings | 0 | N/A | 0 | - |

Public filing data is for informational purposes only and is not the official record. Certified copies can only by obtained from the official source. Number and value of open records refers only to 10 most recent filings for each record type.

### UCC Filings

| Collateral | Type | Sec. Party | Debtor | Date Filed | Additional Details |
|---|---|---|---|---|---|
| Inventory including proceeds and products - | Original | MELLON BANK, N.A., PITTSBURGH, | GUILFORD TRANSPORTATION | 09/18/2001 | Filing number: 1103363 3 Filed with: SECRETARY OF |

| | | | | | |
|---|---|---|---|---|---|
| Account(s) including proceeds and products - Computer equipment including proceeds and products - General intangibles(s) including proceeds and products - and OTHERS | | PA | INDUSTRIES, INC. | | STATE/UCC DIVISION, DOVER, DE<br>Latest Info Received: 10/23/2001 |
| Account(s) including proceeds and products - General intangibles(s) including proceeds and products - Chattel paper including proceeds and products - Equipment including proceeds and products | Original | FLEET CAPITAL CORPORATION, PROVIDENCE, RI | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 07/03/2003 | Filing number: 3192926 7<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 09/23/2004 |
| Account(s) and proceeds - Assets and proceeds - General intangibles(s) and proceeds - Chattel paper and proceeds - and OTHERS | Original | CITIZENS LEASING CORPORATION, PROVIDENCE, RI | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 10/18/2002 | Filing number: 2272635 8<br>Filed with: SECRETARY OF STATE/UCC DIVISION, DOVER, DE<br>Latest info Received: 09/23/2004 |
| Fixtures and proceeds - Equipment and proceeds | Original | FLEET CAPITAL CORPORATION FOR ITSELF AND/OR AS AGENT, PROVIDENCE, RI | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 04/16/1999 | Filing number: 534425<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 05/25/1999 |
| Unavailable | Assignment | FLEET CAPITAL CORPORATION, PROVIDENCE, RI | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 09/23/1999 | Filing number: 534425<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 10/27/1999 |
| Fixtures and proceeds - Equipment and proceeds | Original | FLEET CAPITAL CORPORATION FOR ITSELF AND/OR AS AGENT, PROVIDENCE, RI | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 04/16/1999 | Filing number: 534424<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 05/25/1999 |
| Unavailable | Assignment | FLEET CAPITAL CORPORATION, PROVIDENCE, RI | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 09/28/1999 | Filing number: 534424<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 10/27/1999 |
| Business machinery/equipment | Original | BANC OF AMERICA LEASING & CAPITAL, LLC, TROY, MI | GUILFORD RAIL SYSTEM, NORTH BILLERICA, MA | 08/31/2006 | Filing number: 200650763430<br>Filed with: SECRETARY OF STATE/UCC DIVISION, BOSTON, MA<br>Latest info Received: 09/13/2006 |
| Unavailable | Termination | BANC OF AMERICA LEASING & CAPITAL, LLC, TROY, MI | GUILFORD RAIL SYSTEM, NORTH BILLERICA, MA | 09/13/2006 | Filing number: 200651006950<br>Filed with: SECRETARY OF STATE/UCC DIVISION, BOSTON, MA<br>Latest info Received: 10/02/2006 |
| Equipment | Original | BANK OF NEW HAMPSHIRE, MANCHESTER, NH | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 01/03/2000 | Filing number: 552032<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 05/22/2000 |
| Equipment | Original | BANK OF NEW HAMPSHIRE, MANCHESTER, NH | GUILFORD TRANSPORTATION INDUSTRIES, INC. | 11/05/1998 | Filing number: 524052<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 01/04/1999 |
| Unavailable | Termination | BROWN | GUILFORD | 10/02/1998 | Filing number: 507628 |

| | | |
|---|---|---|
| BROTHERS HARRIMAN & CO., BOSTON, MA | TRANSPORTATION INDUSTRIES, INC., N. BILLERICA, MA | Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH Latest Info Received: 12/15/1998 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed. Any public filings displayed in red are open.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## History & Operations

| Topic | Description |
|---|---|
| History | Detailed information on the history of a company, including background information on the management team and key principals, and information on related companies. |
| Corporate Family | Detailed information on all related companies, including subsidiaries, affiliates and branches. |
| Registration & Incorporation | Detailed registration and incorporation information, including the date and state of incorporation and the type of corporation formed. |
| Company Operations | Detailed information on a company's operations, including the identity of the parent company, the geographic scope of the business, and the key holdings. |
| Industry Classification | Details on the specific industry within which a company is classified. |

### History

**Officer(s):**                **Director(s):**
TIMOTHY MELLON, CHB    The officers identified by (+)
DAVID A FINK, PRES

Business started 1981 by Timothy Mellon. 100% of capital stock is owned by the officers.

TIMOTHY MELLON born 1942. 1981-present active here.

DAVID A FINK born 1936. 1982-present active here.

### Corporate Family

**Subsidiaries (US):**

| | | |
|---|---|---|
| Boston and Maine Corporation | Iron Horse Park, North Billerica, MA | DUNS # 00-695-1610 |
| Guilford Motor Express Inc | 133 Barnum Rd, Ayer, MA | DUNS # 14-703-4409 |
| Maine Central Railroad Company | 1700 Iron Horse Park, North Billerica, MA | DUNS # 00-694-9333 |
| Pan American Airlines, Inc | 14 Aviation Ave, Portsmouth, NH | DUNS # 79-723-3868 |
| Springfield Terminal Railway Co Inc | Iron Horse Park, North Billerica, MA | DUNS # 00-287-0434 |

**Branches (US):**

| | | |
|---|---|---|
| Guilford Transportation Industries Inc | 168 Main St, Baileyville, ME | DUNS # 11-326-0512 |
| Guilford Transportation Industries Inc | Off Route 4, Jay, ME | DUNS # 15-595-8051 |
| Guilford Transportation Industries Inc | 55 College Ave, Waterville, ME | DUNS # 08-560-9092 |
| Guilford Transportation Industries Inc | High St, North Billerica, MA | DUNS # 00-643-7698 |
| Guilford Transportation Industries Inc | Iron Horse Park, North Billerica, MA | DUNS # 08-590-4303 |

## Registration & Incorporation

| | | | |
|---|---|---|---|
| **Registered Name:** | guilford transportation industries inc | **Common stock:** | Authorized shares:1000 Par value: $1.0000 |
| **Business Type:** | Corporation | **Where filed:** | Secretary of State, Dover, DE |
| **Corporation Type:** | Profit | | |
| **Date incorporated:** | May 18, 1981 | | |
| **State of incorporation:** | Delaware | | |

Corporate and business registrations provided by management or other source.

## Company Operations

**Description:** Operates line-haul railroads (100%).

Terms are net 15 days. Sells to general public and commercial concerns. Territory : Northeast United States.

Nonseasonal.

**Employees:** 1,000 which includes officer(s). 8-9 employed here.

**Facilities:** Rents premises in on 3rd floor of a multi story concrete block building.

**Location:** Central business section on well traveled street.

**Branches:** This business has multiple branches; detailed branch information is available in the D & B linkage or family tree products.

**Subsidiaries:** (1) Boston and Maine Corporation, North Billerica, MA, 100% owned (acquired 1983), railroad. DUNS# 00-695-1610. Intercompany relations consist of exchange of services settled monthly. A petition under Section 77 of the U S Bankruptcy Code was filed against this company by three creditors on Mar 2 1970. Plan of reorganization was subsequently filed and accepted in 1981.

(2) Guilford Motor Express, Inc, same address. 100% owned DUNS# 14-703-4409. (New Hampshire 1984). Operations include local trucking, long distance trucking, operator of a railroad and railroad maintenance.

(3) Maine Central Railroad Company (Inc), North Billerica, MA, 100% owned (acquired 1981), railroad. DUNS# 00-694-9333. Intercompany relations consist of exchange of services settled monthly.

(4) Springfield Terminal Railway Co Inc, Springfield, VT, 100% owned (started 1983), railroad. DUNS# 16-443-3804. Intercompany relations consist of exchange of services settled monthly.

## Industry Classification

| SIC | | NAICS | |
|---|---|---|---|
| 40110000 | Railroads, line-haul operating | 482111 | Line-Haul Railroads |

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.
The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Banking & Finance

### Key Business Ratios
D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

### Industry Norms based on 14 establishments

|  | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 7.4 | UN |
| Return on Net Worth | UN | 8.3 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 1.1 | UN |
| Quick Ratio | UN | 0.9 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 286.4 | UN |
| Sales / Net Working Capital | UN | 9.3 | UN |
| **Utilization** | | | |
| Total Liabilities / Net Worth | UN | 96.4 | UN |

UN = Unavailable

## Finance

**12/18/2006**

On December 18, 2006, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed operation and location.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

**Customer Service**

▶ Email us with your questions at sbsSupport@dnb.com

▶ If you'd like to speak to one of our member support technicians directly, call toll-free 1-800-333-0505, Monday through Friday, 7:00AM to 7:00 PM CST

▶ If this is a report on your own company use eUpdate, our easy online tool, to inform D&B of any changes to your business information.

▶ Print this report

▶ **To save this report to your PC:** Select File and then Save As from the browser menu bar. Click on the Save in: drop-down menu and select a location for your file. Enter a file name and save the report as a .html or .txt file.

Copyright 2004 Dun & Bradstreet — Provided under contract for the exclusive use of subscriber rudolph de george II, barish rosenthal



**Small Business Solutions**

Comprehensive Insight Plus Report for
**SPRINGFIELD TERMINAL RAILWAY COMPANY**
Report Printed: March 9, 2007

D-U-N-S #: 00-287-0434

---

‣ Print this report
‣ **To save this report to your PC:** Select File and then Save As from the browser menu bar. Click on the Save in: drop-down menu and select a location for your file. Enter a file name and save the report as a .html or .txt file.

---

Copyright 2004 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber rudolph de george II, barish rosenthal

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Company Snapshot

### Business Summary

**Profile**
**SPRINGFIELD TERMINAL RAILWAY COMPANY**
Iron Horse Park
North Billerica, MA 01862

Tel: 978 663-1050
Fax: 978 663-1078

www.guilfordrail.com
D-U-N-S #: 00-287-0434
(SUBSIDIARY OF GUILFORD TRANSPORTATION
INDUSTRIES INC, PORTSMOUTH, NH)
D&B Rating: 1R4

**Company Stats**

| | |
|---|---|
| Year started | 1923 |
| Employees | 1,000 ( 26 here) |
| Financing | SECURED |
| Chief Executive | Thomas Steiniger , Pres |
| S.I.C. | 4011 |
| Industry | Railroad line-haul operator |

This is a headquarters (subsidiary) location.
Branch(es) or division(s) exist.

The Net worth amount in this section may have been adjusted by D&B to reflect typical deductions, such as certain intangible assets.

**Likelihood this company will not pay on time over the next 12 months**    HIGH ▲

Credit Score Class: 5



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Low | | Moderate | | High |

**Likelihood this company will experience financial distress in the next 12 months**    LOW ☑

Financial Stress Class: 1



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Low | | Moderate | | High |

**Timeliness of historical payments for this company**\*\*    SLOW ▲

**D&B PAYDEX®: 54**



| 100 | | | 0 |
|---|---|---|---|
| Anticipates Prompt | | 30 days slow | 120 days slow |

Industry benchmark: Slow
\*\*Based on 41 trade experiences on file with D&B

**Payment performance trend over the past 90 days**    ↔ **UNCHANGED**

---

**D&B offers guidance on credit limits for this company based on its profile as well as profiles of other companies similar in size, industry, and credit usage**    Get details

**Evidence of bankruptcy, fraud, or criminal proceedings in the history of this business or its management**    NO ☑

**Noteworthy special events in this company's file**    NO ☑

**Total number of suits, liens and judgments in this company's file**    2 ▲

**Value of open suits, liens and judgments for this company**    $4,292 ▲

Value of open records refers only to 10 most recent filings for each record type. There may be additional suits, liens, judgments, or UCC filings in

D&B Comprehensive Insight Plus Report: RENGFIELD TERMINAL RAILWAY  Page 12 of 11

D&B's file on this company available by contacting 1-866-472-7362.

# Creditworthiness

## Summary

**Likelihood this company will experience financial distress in the next 12 months**   LOW ☑

**Likelihood this company will not pay on time over the next 12 months**   HIGH ▲

**D&B Rating: 1R4**
Formerly: 1R3
Number of employees: 1R is 10 or more employees.
Composite credit appraisal: 4 is limited.
The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

## Default on Payment: Financial Stress Summary

**Likelihood this company will experience financial distress in the next 12 months**   LOW ☑

**Financial Stress Class: 1**



| 1 | 2 | 3 | 4 | 5 |
| Low | | Moderate | | High |

**Key Factors**
- 41 trade experiences exist for this company.
- Financial Stress Score: 1434 (high risk: 1,001;low risk: 1,875).
- 62% of trade dollars indicate slow payment(s) are present.
- Control age or date entered in D&B files indicates lower risk.

During the prior year, firms in this Financial Stress Class had a failure rate of 1.2%, which is 0.46 times lower than the national average.

Financial stress national percentile: 80 (high risk: 1%; low risk: 100%)
National percentile industry norm: 49 (high risk: 1%; low risk: 100%)

## Payment within Terms: Credit Score Summary

**Likelihood this company will not pay on time over the next 12 months**   HIGH ▲

**Credit Score Class: 5**



| 1 | 2 | 3 | 4 | 5 |
| Low | | Moderate | | High |

**Key Factors**
- 41 trade experiences exist for this company.
- 62% of trade dollars indicate slow payment(s) are present.
- Payment experiences exist for this firm which are greater than 60 days past due.
- Payment information indicates negative payment comments.
- No record of open lien(s), or judgment(s) in the D&B files.

The Credit Score class of 5 for this company shows that 61.9% of firms with this classification paid one or more bills severely delinquent, which is 3.08 times higher than the average of businesses in D&B's database.

Credit score percentile: 4 (high risk: 1%; low risk: 100%)
Industry norm percentile: 42 (high risk: 1%; low risk: 100%)

## Additional Information

**Financial Stress Summary**
- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations over the past year with loss to creditors. The Incidence of Financial Stress - National Average represents the national failure rate and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on 2004.

**Credit Score Summary**
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Payment History

### Summary

| | | | |
|---|---|---|---|
| Average payment performance trend when weighted by dollar amount | UNCHANGED ↔ | Company's payment performance over the past 12 months compared with its peers | SLOW ▲ |

### Payment History Overview

| | | | |
|---|---|---|---|
| Payment experiences on file with D&B: | 41 | Average highest credit: | $1,720 |
| Payments made within terms: | 18 (45%) | Largest high credit: | $25,000 |
| Amount placed for collections: | 2 (1%) | Highest now owing: | $10,000 |
| | | Highest past due: | $10,000 |

### Historical Payment Trends: PAYDEX®

**Average payment performance trend when weighted by dollar amount**

**Last 3 months:** Trend is unchanged    ◄► **UNCHANGED**

**Last 12 months:** 27 days beyond terms    D&B PAYDEX® : 54
Industry benchmark: Slow



100                                                    0
Anticipates Prompt        30            120
                       days slow      days slow

Based on payments collected over last 12 months.
Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

### Historical Payment Trends: PAYDEX® Comparison to Industry

| | | |
|---|---|---|
| Company's payment performance over the past 12 months compared with its peers | SLOW ▲ | |

**This company's 12-month high:** 63, or equal to 20 days beyond terms
**This company's 12-month low:** 54, or equal to 27 days beyond terms



Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Railroad line-haul operator, based on SIC code 4011.

## Payment History Details

| Date Reported | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 02/07 | Prompt-Slow 30 | 10,000 | 5,000 | 1,000 | 1 10 Net30 | 1 |
| 02/07 | Slow 60 | 250 | 0 | | | 6-12 |
| 01/07 | Prompt | 100 | 0 | 0 | | 1 |
| 01/07 | Prompt | 50 | 50 | 0 | | 1 |
| 01/07 | Prompt | 0 | 0 | 0 | | 6-12 |
| 01/07 | Prompt | 0 | 0 | 0 | Net30 | 1 |
| 01/07 | Prompt | 0 | 0 | 0 | Net30 | 2-3 |
| 01/07 | Prompt-Slow 90 | 100 | 100 | 100 | | 1 |
| 01/07 | Prompt-Slow 90 | 100 | 100 | 100 | | 1 |
| 01/07 | Prompt-Slow 90 | 100 | 100 | 100 | | 1 |
| 01/07 | Prompt-Slow 90 | 100 | 100 | 100 | | 1 |
| 01/07 | Prompt-Slow 90+ | 5,000 | 1,000 | 250 | | 1 |
| 01/07 | Slow 20 | 0 | 0 | 0 | | 1 |
| 01/07 | Slow 60+ | 2,500 | 250 | 0 | Lease Agreemnt | 1 |
| 01/07 | Slow 30-90 | 2,500 | 0 | 0 | | 1 |
| 01/07 | Slow 60-90 | 2,500 | 0 | 0 | | 4-5 |
| 01/07 | Slow 30-90 | 2,500 | 0 | 0 | | 1 |
| 01/07 | Slow 90 | 1,000 | 0 | 0 | | 2-3 |
| 01/07 | Slow 90 | 750 | 0 | 0 | | 6-12 |
| 01/07 | (020) Satisfactory. | 100 | | | | 6-12 |
| 12/06 | Prompt | 5,000 | 0 | 0 | | 2-3 |
| 12/06 | Prompt | 100 | 0 | 0 | | 2-3 |
| 12/06 | Slow 30 | 5,000 | 5,000 | 5,000 | Net30 | |
| 12/06 | (024) | 50 | 0 | 0 | Net30 | 6-12 |
| 11/06 | Prompt-Slow 30 | 2,500 | 250 | 0 | | 1 |
| 11/06 | (026) | 7,500 | 500 | 0 | | 1 |
| 11/06 | (027) | 250 | | | | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Satisfactory. | | | | | |
| 10/06 | Prompt | 500 | 0 | 0 | Net30 | 6-12 |
| 10/06 | (029) | 25,000 | 10,000 | 10,000 | | |
| 09/06 | Prompt-Slow 30 | 2,500 | 0 | 0 | | 6-12 |
| 09/06 | (031) | 100 | | | | 1 |
| | Cash own option. | | | | | |
| 08/06 | Prompt | 250 | 0 | 0 | | 6-12 |
| 08/06 | Slow 60 | 750 | 0 | 0 | | 6-12 |
| 08/06 | Slow 60 | 100 | 0 | 0 | | 6-12 |
| 08/06 | Slow 120+ | 100 | 100 | 100 | | |
| 06/06 | Slow 120 | 5,000 | 5,000 | 5,000 | | 6-12 |
| 05/06 | Prompt-Slow 90 | 2,500 | 1,000 | 750 | Net30 | 1 |
| 04/06 | Prompt | 100 | 0 | 0 | | 6-12 |
| 04/06 | (039) | 1,000 | 1,000 | 1,000 | | 4-5 |
| | Placed for collection. | | | | | |
| 03/06 | Prompt | 2,500 | 2,500 | 0 | | 1 |
| 12/05 | Slow 60 | 250 | 250 | 250 | | |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of dispute over merchandise, skipped invoices, etc.
Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

## Payment Analysis By Industry

**Company's dollar-weighted payments listed by the primary industries of its suppliers**

| Industry | Total Received (#) | Total Dollar Amount ($) | Largest High Credit ($) | Within Terms | Slow 1-30 | Slow 31-60 | Slow 61-90 | Slow 91+ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (% of dollar amount) | | |
| Nonclassified | 8 | 5,700 | 5,000 | 7 | 0 | 2 | 4 | 87 |
| Mfg industrial gases | 5 | 9,250 | 2,500 | 0 | 27 | 14 | 59 | 0 |
| Trucking non-local | 3 | 5,350 | 5,000 | 95 | 0 | 5 | 0 | 0 |
| Whol industrial suppl | 2 | 10,000 | 10,000 | 50 | 50 | 0 | 0 | 0 |
| Whol office equipment | 2 | 2,600 | 2,500 | 0 | 0 | 0 | 96 | 4 |
| Whol electrical equip | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Refuse system | 1 | 5,000 | 5,000 | 50 | 0 | 0 | 0 | 50 |
| Transportation svcs | 1 | 5,000 | 5,000 | 0 | 100 | 0 | 0 | 0 |
| Whol auto parts | 1 | 2,500 | 2,500 | 100 | 0 | 0 | 0 | 0 |
| Photocopying service | 1 | 2,500 | 2,500 | 50 | 0 | 0 | 50 | 0 |
| Whol hardware | 1 | 2,500 | 2,500 | 50 | 50 | 0 | 0 | 0 |
| Misc publishing | 1 | 2,500 | 2,500 | 50 | 50 | 0 | 0 | 0 |
| Mfg relays/controls | 1 | 750 | 750 | 0 | 0 | 100 | 0 | 0 |
| Whol furniture | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Whol durable goods | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Mfg photograph equip | 1 | 250 | 250 | 0 | 0 | 100 | 0 | 0 |
| Regulate trnsprtation | 1 | 250 | 250 | 100 | 0 | 0 | 0 | 0 |
| Executive office | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Telephone communictns | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Truck rental/leasing | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Other payment categories**

| | | | |
|---|---|---|---|
| Cash experiences | 1 | 100 | 100 |
| Payment record unknown | 3 | 32,550 | 25,000 |
| Unfavorable comments | 0 | 0 | 0 |
| **Placed for collection** | | | |
| With D&B | 0 | 0 | 0 |
| Other | 1 | N/A | 0 |
| **Total in D&B's file** | **41** | **87,700** | **25,000** |

There are 41 payment experiences in D&B's file for the most recent 12 months, with 24 experiences reported during the last three month period.

Company Snapshot   Creditworthiness   Payment History & Trends   Public Filings   History & Operations   Banking & Finance

## Public Filings

### Summary of Court Actions

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | Open Records | Open Value | Total Records | Most Recent Filing Date |
|---|---|---|---|---|
| Suits | 1 | $4,292 | 1 | 05/16/1996 |
| Liens | 0 | 0 | 1 | 11/14/1991 |
| Judgments | 0 | 0 | 0 | - |
| UCC Filings | 2 | N/A | 24 | 07/18/2006 |
| Bankruptcy Proceedings | 0 | N/A | 0 | - |

Public filing data is for informational purposes only and is not the official record. Certified copies can only be obtained from the official source. Number and value of open records refers only to 10 most recent filings for each record type. There are additional suits, liens, judgments, or UCC filings in D&B's file on this company available by contacting 1-866-472-7362.

### Suits

| Status | Amount | Cause | Plaintiff | Defendant | Date Filed | Additional Details |
|---|---|---|---|---|---|---|
| Pending | $4,292 | Unavailable | RECREATION FINANCE CO | SPRINGFIELD TERMINAL RAILROAD CO | 05/16/1996 | Case number: 9611CV1115 Date status Attained: 05/16/1996 Latest info Received: 07/03/1996 Where filed: MIDDLESEX COUNTY DISTRICT COURT OF LOWELL, LOWELL, MA |

If it is indicated that there are defendants other than the report subject, the lawsuit may be an action to clear title to property and does not necessarily imply a claim for money against the subject. Any public filings displayed in red are open.

### Liens

| Status | Amount | Type | Filed By | Against | Date Filed | Additional Details |
|---|---|---|---|---|---|---|
| Released | $16,133 | State Tax | STATE OF MA | SPRINGFIELD TERMINAL RAILWY CO | 11/14/1991 | Book/Page: 5705/276 Date status Attained: 08/04/1998 Latest info Received: 12/28/1998 Where filed: MIDDLESEX COUNTY REGISTER OF DEEDS/LOWELL, LOWELL, MA |

A lienholder can file the same lien in more than one filing location. The appearance of multiple liens filed by the same lienholder against a debtor may be indicative of such an occurrence. Any public filings displayed in red are open.

### UCC Filings

| Collateral | Type | Sec. Party | Debtor | Date Filed | Additional Details |
|---|---|---|---|---|---|

| All Assets | Original | BANK OF AMERICA NA, BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY CO | 07/05/2006 | Filing number: 06-200336<br>Filed with: SECRETARY OF STATE/UCC DIVISION, MONTPELIER, VT<br>Latest info Received: 07/18/2006 |
|---|---|---|---|---|---|
| All Assets | Original | BANK OF AMERICA NA, BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY CO | 07/05/2006 | Filing number: 06-200335<br>Filed with: SECRETARY OF STATE/UCC DIVISION MONTPELIER, VT<br>Latest info Received: 07/18/2006 |
| Equipment | Original | JOHN DEERE CONSTRUCTION EQUIPMENT CO., WEST DES MOINES, IA | SPRINGFIELD TERMINAL RAILWAY COMPANY | 04/09/1998 | Filing number: 98541879<br>Filed with: SECRETARY OF THE COMMONWEALTH/UCC DIVISION, BOSTON, MA<br>Latest info Received: 04/23/1998 |
| Unavailable | Termination | JOHN DEERE CONSTRUCTION EQUIPMENT CO., WEST DES MOINES, IA | SPRINGFIELD TERMINAL RAILWAY COMPANY | 07/19/2001 | Filing number: 200103961680<br>Filed with: SECRETARY OF THE COMMONWEALTH/UCC DIVISION, BOSTON, MA<br>Latest info Received: 08/07/2001 |
| Unspecified including proceeds and products | Original | BANKBOSTON, N.A., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY | 09/30/1998 | Filing number: 98-100664<br>Filed with: SECRETARY OF STATE/UCC DIVISION, MONTPELIER, VT<br>Latest info Received: 11/18/1998 |
| Unspecified including proceeds and products | Original | BANKBOSTON, N.A., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY | 09/30/1998 | Filing number: 1287055<br>Filed with: SECRETARY OF STATE/UCC DIVISION, AUGUSTA, ME<br>Latest info Received: 10/19/1998 |
| Unavailable | Termination | BANKBOSTON, N.A., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY | 06/11/1999 | Filing number: T0640959<br>Filed with: SECRETARY OF STATE/UCC DIVISION, AUGUSTA, ME<br>Latest info Received: 07/08/1999 |
| Unspecified and proceeds | Original | BROWN BROTHERS HARRIMAN & CO., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. | 03/31/1998 | Filing number: 98-92836<br>Filed with: SECRETARY OF STATE/UCC DIVISION, MONTPELIER, VT<br>Latest info Received: 05/29/1998 |
| Unspecified and proceeds | Original | BANK OF NEW HAMPSHIRE, MANCHESTER, NH | SPRINGFIELD TERMINAL RAILWAY COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. | 03/31/1998 | Filing number: 98-92835<br>Filed with: SECRETARY OF STATE/UCC DIVISION, MONTPELIER, VT<br>Latest info Received: 05/29/1998 |
| Unspecified and proceeds | Original | BROWN BROTHERS HARRIMAN & CO., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. | 03/31/1998 | Filing number: 507630<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 05/04/1998 |
| Unavailable | Termination | BROWN BROTHERS HARRIMAN & CO., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. | 10/20/1998 | Filing number: 507630<br>Filed with: SECRETARY OF STATE/UCC DIVISION, CONCORD, NH<br>Latest info Received: 12/15/1998 |
| Unspecified and proceeds | Original | BANK OF NEW HAMPSHIRE, MANCHESTER, NH | SPRINGFIELD TERMINAL RAILWAY | 03/31/1998 | Filing number: 507626<br>Filed with: SECRETARY OF STATE/UCC DIVISION, |

|  |  |  | COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. |  | CONCORD, NH Latest info Received: 05/04/1998 |
| Unspecified and proceeds | Original | BROWN BROTHERS HARRIMAN & CO., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. | 03/31/1998 | Filing number: 1261700 Filed with: SECRETARY OF STATE/UCC DIVISION, AUGUSTA, ME Latest info Received: 04/16/1998 |
| Unavailable | Termination | BROWN BROTHERS HARRIMAN & CO., BOSTON, MA | SPRINGFIELD TERMINAL RAILWAY COMPANY C/O GUILFORD TRANSPORTATION INDUSTRIES, INC. | 10/01/1998 | Filing number: T0626204 Filed with: SECRETARY OF STATE/UCC DIVISION, AUGUSTA, ME Latest info Received: 11/03/1998 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed. There are additional suits, liens, judgments, or UCC filings in D&B's file on this company available by contacting 1-866-472-7362. Any public filings displayed in red are open.

## Government Activity

| Activity Summary |  | Possible Candidate for Socio-Economic Program Consideration |  |
| --- | --- | --- | --- |
| Borrower (Dir/Guar) | No |  |  |
| Administrative Debt | Yes | Labor Surplus Area | Yes (2007) |
| Contractor | No | Small Business | N/A |
| Grantee | No | 8(A) Firm | N/A |
| Party Excluded from Federal Program(s) | No |  |  |

The details provided in the Government Activity section are as reported to D&B by the federal government and other sources.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## History & Operations

| Topic | Description |
| --- | --- |
| History | Detailed information on the history of a company, including background information on the management team and key principals, and information on related companies. |
| Corporate Family | Detailed information on all related companies, including subsidiaries, affiliates and branches. |
| Company Operations | Detailed information on a company's operations, including the identity of the parent company, the geographic scope of the business, and the key holdings. |
| Industry Classification | Details on the specific industry within which a company is classified. |

## History

**Officer(s):**
THOMAS STEINIGER, PRES
SONIA CLAY, V PRES-ACCT.
STEPHEN RYAN, VP FINANCE
ROBERT CULLIFORD, SENIOR COUNSEL

**Director(s):**
THE OFFICER(S)

Business started 1923. Present control succeeded 1983. 100% of capital stock is owned by the parent company.

THOMAS STEINIGER. History undetermined.

SONIA CLAY. History undetermined.

STEPHEN RYAN. History undetermined.

ROBERT CULLIFORD. History undetermined.

**AFFILIATES:**
The following are related through common ownership and/or financial interest of the parent.

Guilford Motor Express, Inc, Ayer, MA, started 1984, operates as a intermodal trucking/warehousing concern and also operates railroad terminals and provides railroad maintenance. DUNS #-703-4409. There is no financial information available.

Boston and Maine Corporation, North Billerica, MA, started 1833, present control 1983, operates as railroad. Intercompany relations were reported by management to consist of service transactions. DUNS #-695-1610. There is no financial information available.

Maine Central Railroad Company (Inc), North Billerica, MA, started 1862, present control 1981, operates as a freight railroad. Intercompany relations were reported by management to consist of service transactions. DUNS #-694-9333. There is no financial information available.

## Corporate Family

**Parent:**

| | | |
|---|---|---|
| Guilford transportation inds | Portsmouth, NH | DUNS # 03-962-2543 |

**Branches (US):**

| | | |
|---|---|---|
| Springfield Terminal Railway Co Inc | Riley Rd, Jay, ME | DUNS # 85-890-8684 |
| Springfield Terminal Railway Co Inc | Railroad St, Rumford, ME | DUNS # 76-365-3157 |
| Springfield Terminal Railway Co Inc | Willow Rd, Ayer, MA | DUNS # 11-030-7196 |
| Springfield Terminal Railway Co Inc | 12 Crescent St, Holyoke, MA | DUNS # 36-184-9433 |
| Springfield Terminal Railway Co Inc | 12 Grove St, Dover, NH | DUNS # 15-624-4725 |

**Affiliates (US):**

| | | |
|---|---|---|
| Boston and Maine Corporation | Iron Horse Park, North Billerica, MA | DUNS # 00-695-1610 |
| Guilford Motor Express Inc | 133 Barnum Rd, Ayer, MA | DUNS # 14-703-4409 |
| Maine Central Railroad Company | 1700 Iron Horse Park, North Billerica, MA | DUNS # 00-694-9333 |
| Pan American Airlines, Inc | 14 Aviation Ave, Portsmouth, NH | DUNS # 79-723-3868 |

## Company Operations

**Description:** Subsidiary OF GUILFORD TRANSPORTATION INDUSTRIES INC, PORTSMOUTH, NH started 1981 which operates as a holding company. Parent company owns 100% of capital stock. Parent company has three other subsidiary(ies). Intercompany relations: Exchanges settled monthly.

As noted, this company is a subsidiary of Guilford Transportation Industries Inc, DUNS number 039622543, and reference is made to that report for background information on the parent company and its management. Intercompany relations were reported by management to consist of service transactions. There is no financial information available.

Operates line-haul railroads (100%).

Terms: Net 15 days. Sells to industrial concerns. Territory : New England and New York.

Nonseasonal.

**Employees:** 1,000 which includes officer(s). 25 employed here.

**Facilities:** Shares 60,000 sq. ft. in a two story brick building.

**Location:** Central business section on side street.

**Branches:** This business has multiple branches, detailed branch/division information is available in Dun & Bradstreet's linkage or family tree products.

## Industry Classification

| SIC | | NAICS | |
|---|---|---|---|
| 40110000 | Railroads, line-haul operating | 482111 | Line-Haul Railroads |

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.
The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

## Banking & Finance

### Banking
**BANK:** Shawmut Bank, Boston, MA

### Key Business Ratios
D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

### Industry Norms based on 14 establishments

| | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 7.4 | UN |
| Return on Net Worth | UN | 8.3 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 1.1 | UN |
| Quick Ratio | UN | 0.9 | UN |
| **Efficiency** | | | |
| Assets Sales | UN | 286.4 | UN |
| Sales / Net Working Capital | UN | 9.3 | UN |
| **Utilization** | | | |
| Total Liabilities / Net Worth | UN | 96.4 | UN |

UN = Unavailable

### Finance
**07/24/2006**

On JUL 24 2006 Thomas Steiniger, president, deferred all information.

As of July 24 2006 a search of Dun & Bradstreets Public Record database found no open suits, liens, judgements or UCCs to which Springfield Terminal Railway Company at Iron Horse Park, North Billerica MA was named defendant or debtor. Public records received

hereafter will be entered into the database and will be included in reports which contain a Public Filings section.

Company Snapshot    Creditworthiness    Payment History & Trends    Public Filings    History & Operations    Banking & Finance

**Customer Service**

▶ Email us with your questions at sbsSupport@dnb.com

▶ If you'd like to speak to one of our member support technicians directly, call toll-free 1-800-333-0505, Monday through Friday, 7:00AM to 7:00 PM CST

▶ If this is a report on your own company use eUpdate, our easy online tool, to inform D&B of any changes to your business information.

▶ Print this report
▶ **To save this report to your PC:** Select File and then Save As from the browser menu bar. Click on the Save in: drop-down menu and select a location for your file. Enter a file name and save the report as a .html or .txt file.

Copyright 2004 Dun & Bradstreet -- Provided under contract for the exclusive use of subscriber rudolph de george II, barish rosenthal