## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No.: 03-12560RGS**

| | |
|---|---|
| **DAVID DEITZEL** | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| **SPRINGFIELD TERMINAL** | ) |
| **RAILWAY COMPANY AND** | ) |
| **GUILFORD RAIL SYSTEMS** | ) |
| **Defendant.** | ) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRAP
## LOCAL RULE 42(a) OF THE FIRST CIRCUIT AND FRCP 41(A)(1)(ii)

NOW come the parties to the above-entitled action, pursuant to the provisions of Federal Rule of Appellate Procedure Local Rule 42 (a) of the First Circuit and Federal Rule of Civil Procedure 41 (a)(1)(ii), and by and through their respective counsel hereby stipulate that said action be dismissed as to all claims with prejudice and without costs or expenses.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff-Appellee, | The Defendant-Appellant, |
| David Deitzel, | Springfield Terminal Railway Company |
| By his attorney, | By its attorney, |
| | |
| | |
| /s/ Rudolph V. DeGeorge, II | /s/ John J. O'Brien, Jr. |
| Rudolph V. DeGeorge, II, Esq. | John J. O'Brien, Jr., Esq. |
| Barish Rosenthal | BBO# 375885 |
| Bell Atlantic Tower, Suite 4020 | O'Brien & von Rosenvinge, P.C. |
| 1717 Arch Street | 27 Mica Lane, Suite 202 |
| Philadelphia, PA 19103 | Wellesley, MA 02481 |
| (215) 923-8900 | (781) 239-9988 |

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant-Appellant, hereby certify that on this day I forwarded a true copy of the **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRAP LOCAL RULE 42(a) OF THE FIRST CIRCUIT AND FRCP 41(A)(1)(ii)** by first class mail, postage pre-paid, to the following counsel of record:

Ronald M. Davids, Esq.
40 Washington Street - Suite 250
Wellesley, MA 02481
(781) 416-5066
BBO # 115110

 /s/ John J. O'Brien, Jr.
John J. O'Brien, Jr.

DATED:    September 25, 2007
Appl SOD Dist Ct