**MANDATE**



# United States Court of Appeals
## For the First Circuit

---

No. 07-1108

DAVID DEITZEL,

Plaintiff - Appellee,

v.

SPRINGFIELD TERMINAL RAILWAY COMPANY,

Defendant - Appellant,

---

GUILFORD RAIL SYSTEMS.

Defendant.

---

**JUDGMENT**

Entered: October 1, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By: _ERIC H. DEININGER_
Appeals Attorney.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: OCT 01 2007

[cc: Messrs: O'Brien, McGurrin, DeGeorge and Davids]